# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| ONIE CHAMBERS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. CIV-15-1338-M |
|  | ) |  |
| MACK ALFORD CORRECTIONAL CENTER, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

On February 1, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's Application for Leave to Proceed in Forma Pauperis be denied and that plaintiff pay the $400 filing fee in full to the Clerk of the Court within twenty-one (21) days of any order adopting the Report and Recommendation. Plaintiff was advised of his right to object to the Report and Recommendation by February 22, 2016. On February 18, 2016, plaintiff filed his objection and filed a motion for extension of time to pay the filing fee.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 10] issued by the Magistrate Judge on February 1, 2016;

(2) DENIES plaintiff's Application for Leave to Proceed in Forma Pauperis [docket no. 8];

(3) GRANTS plaintiff's Motion for Extension of Time [docket no. 12]; and

(4)  DIRECTS plaintiff to pay the $400 filing fee in full to the Clerk of the Court within forty-five (45) days of the date of this Order. If the filing fee is not paid in full within forty-five days of the date of this Order, this action will be dismissed, without prejudice to refiling, pursuant to Local Civil Rule 3.3(e).

**IT IS SO ORDERED this 24th day of February, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE