IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ONIE FRANKLIN CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-1338-M |
| | ) | |
| MACK ALFORD CORRECTIONAL CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 11, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's federal constitutional rights. The Magistrate Judge recommended that the Amended Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) because the Amended Complaint is factually frivolous and fails to state a claim upon which § 1983 relief may be granted and that Dean McGee Eye Institute and Dr. HouseHair be terminated as defendants. Plaintiff was advised of his right to object to the Report and Recommendation by September 1, 2016. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 38] issued by the Magistrate Judge on August 11, 2016;

(2) ORDERS that Dean McGee Eye Institute and Dr. HouseHair be terminated as defendants, and

(3) DISMISSES the Amended Complaint without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) because the Amended Complaint is factually frivolous and fails to state a claim upon which § 1983 relief may be granted.

**IT IS SO ORDERED this 13th day of September, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE